# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Douglas J. Mincher
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 27, 2015

Jessica Lyublanovits
U.S. District Court
111 N ADAMS ST
TALLAHASSEE, FL 32301-7717

Appeal Number: 15-11344-CC
Case Style: Aubrey Land, et al v. Jeffrey Beasley, et al
District Court Docket No: 4:14-cv-00347-WS-CAS

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. <u>See</u> 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DOUGLAS J. MINCHER, Clerk of Court

Reply to: Joe Caruso, CC
Phone #: (404) 335-6177

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 15-11344-CC

AUBREY LAND,
DAVID CLARK,
DOUG GLISSON,
JOHN ULM,
JAMES PADGETT,

                                                    Plaintiffs-Appellants,

CHRISTINA BULLINS,

                                                    Plaintiff,

versus

JEFFREY BEASLEY,
in their individual capacities,
KENNETH SUMPTER,
in their individual capacities,
MELINDA MIGUEL,
in their individual capacities,
DAWN CASE,
in their individual capacities,
SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,

                                                    Defendants-Appellees,

DIANE ANDREWS, et al.,

                                                    Defendants.

Appeal from the United States District Court
for the Northern District of Florida

Before: WILLIAM PRYOR, ROSENBAUM and JULIE CARNES, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. The appellants have appealed from the district court's March 4, 2015 order dismissing their claims with prejudice, and dismissing Christina Bullins's claims with leave to amend. Bullins timely filed a second amended complaint, and her action remains pending in the district court. Therefore, the district court's March 4, 2015 order of dismissal is not a final or appealable order, and the district court did not certify the order for immediate review pursuant to Fed.R.Civ.P. 54(b). *See* 28 U.S.C. § 1291; *Reaves v. Sec'y, Fla. Dep't of Corr.*, 717 F.3d 886, 906 (11th Cir. 2013); *Supreme Fuels Trading FZE v. Sargeant*, 689 F.3d 1244, 1245-46 (11th Cir. 2012); *World Fuel Corp. v. Geithner*, 568 F.3d 1345, 1348 (11th Cir. 2009). All outstanding motions are DENIED as moot.

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.